BEFORE: MICHAEL L. ORENSTEIN          DATE December 4, 2009
UNITED STATES MAGISTRATE JUDGE         TIME ON: 2:00
                                       TIME OFF:_____

DOCKET# 08-3754                        ASSIGNED JUDGE: WEXLER

CASE NAME: Livingston v. Sunshine Corp Health Care

CIVIL CONFERENCE

Initial___   Status X   Discovery ___   Settlement___

Pretrial___  Pre-Motion ___

Motion_____

ESR TIME #_____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by     _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   _____
Pre-Trial Order filed by   _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE: Plaintiff counsel indicates that firm will move for leave to withdraw. Such application shall be made on notice to the plaintiff and defendants attorney. Such motion shall be filed by 1/15/10.