UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS LIVINGSTON,

                        Plaintiff,                      **ORDER**
                                                                  CV 08-3754 (LDW) (MLO)

    -against-

SUNSHINE CORP. HEALTHCARE, d/b/a
HEMPSTEAD PARK NURSING HOME,

                        Defendants.

-----------------------------------------------------------X

**ORENSTEIN, Magistrate Judge:**

    Before the court is the application by letter plaintiff's counsel, Kardisch, Link & Associates, P.C., seeking to withdraw as counsel for plaintiff in this case and requesting that the court grant it a retaining lien and charging lien against the file. The application is GRANTED.

    This case is stayed until June 1, 2010 to allow the plaintiff time to retain new counsel. A status conference is scheduled for **June 8, 2010 at 11:00 a.m.** Plaintiff's outgoing counsel is directed to serve a copy of this order on the plaintiff and to file proof of such service with the court.

**SO ORDERED.**

Dated:       Central Islip, New York
              April 27, 2010

                                                                      /s/
                                                      MICHAEL L. ORENSTEIN
                                                      United States Magistrate Judge