

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS LIVINGSTON,

                        Plaintiff,                **ORDER**
                                                         CV 08-3754 (LDW) (MLO)

      -against-

SUNSHINE CORP. HEALTHCARE, d/b/a
HEMPSTEAD PARK NURSING HOME,

                        Defendants.

------------------------------------------------------------X

**ORENSTEIN, Magistrate Judge:**

      In view of Plaintiff's undated letter received in the Clerk's Office on June 15, 2010 which, *inter alia*, advised the Court of Plaintiff's current address, the status conference scheduled for July 8, 2010 at 10:30 a.m. is adjourned to **July 28, 2010 at 11:00 a.m.** in order to provide Plaintiff with time to make the necessary arrangements to attend this conference.

      If Plaintiff fails to appear at the status conference scheduled for **July 28, 2010 at 11:00 a.m.** this Court will need to consider whether Plaintiff has abandoned this action. Plaintiff chose to bring this lawsuit in the Eastern District of New York. Accordingly, Plaintiff must eventually appear before the Court or retain a new attorney to represent him. Defendant shall serve a copy of this Order as well as the previous Order, dated June 8, 2010 by certified mail, return receipt requested and by first class mail on Plaintiff at the address provided in his letter date stamped June 15, 2010 by the Clerk's Office (Docket Entry No. 21): P.O. Box 2174, Decatur, GA 30031.

      **SO ORDERED.**

Dated:      Central Islip, New York
               June 22, 2010

                                                                 _____
                                                                  MICHAEL L. ORENSTEIN
                                                                  United States Magistrate Judge