

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
844 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4448

MICHAEL L. ORENSTEIN
United States Magistrate Judge

June 30, 2010

Thomas W. Livingston
160 Merrill Street
Brentwood, NY, 11717

Re: *Livingston v. Sunshine Corp. Healthcare,*
CV 08-3754(LDW)

Dear Mr. Livingston:

Enclosed please find your letter, dated June 29, 2010.

Please be advised that you must send a copy of every correspondence you send to the Court to your adversary and indicate that you have done so. This Court will not accept *ex parte* communications.

In addition, I am enclosing a copy of this Court's Order, dated June 22, 2010 which adjourned the status conference scheduled for July 8, 2010 at 10:30 a.m. to **July 28, 2010 at 11:00 a.m.** in order to provide you with time to make the necessary arrangements to attend this conference. In view of the fact that you have stated that you are currently residing with your daughter at 3571 Waldrop Road, Decatur Georgia 30034 and that you have a P.O. Box where you are accepting mail, i.e., P.O. Box 2174, Decatur, GA 30031, I will be sending you a copy of this letter and the Court's June 22, 2010 Order to all three addresses (including your stated permanent address at 160 Merrill Street, Brentwood, NY 11717).

Respectfully yours,

*Linda B. Johnston*
Linda B. Johnston
Law Clerk to Magistrate
Judge Orenstein

Enclosures
cc: Aaron C. Schlesinger (without enclosures)