BEFORE: MICHAEL L. ORENSTEIN          DATE September 13, 2010
UNITED STATES MAGISTRATE JUDGE        TIME ON: 2:30 P.M.
                                      TIME OFF:_____

DOCKET# 08-3754                  ASSIGNED JUDGE: Wexler

CASE NAME:    Livingston v. Sunshine Corp. Healthcare

## CIVIL CONFERENCE

Initial___   Status___   Discovery ____   Settlement____

Pretrial X   Pre-Motion ____   Oral Argument_____

Motion_____

ESR TIME #_____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by       _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference     11/9/10 at 11:30 AM
Pre-Trial Order filed by    subject to the schedule of the
                            magistrate judge who will preside.

               Plaintiff    _____

               Defendant    _____

THE FOLLOWING RULINGS WERE MADE: Parties discussing settlement or other imaginative resolution.